UNITED STATES v. J. S. JOHNSON & CO.

(Circuit Court, S. D. New York. December 15, 1898.)

No. 2,227.

CUSTOMS DUTIES—CLASSIFICATION—PINEAPPLE JUICE.

Pineapple juice, containing no alcohol whatever, is dutiable, under paragraph 247 of the tariff law of 1894, as "fruit juice * * * containing eighteen per centum or less of alcohol," and not under section 3, as a nonenumerated manufactured article.

This is an appeal by the United States from a decision of the board of general appraisers sustaining the protest of J. S. Johnson & Co. against the classification for duty of certain imported merchandise.

James T. Van Rensselaer, Asst. U. S. Atty.

Stephen G. Clarke, for importers.

TOWNSEND, District Judge (orally). The article in question is pineapple juice, containing no alcohol whatever, assessed for duty, under paragraph 247 of the act of 1894, as "fruit juice * * * containing eighteen per centum or less of alcohol." The importers protested, claiming the same to be dutiable, under section 3 of said act, at 20 per centum ad valorem as a nonenumerated manufactured article. In view of the decision of Judge Wheeler in this circuit in Park v. U. S., 84 Fed. 159, I feel obliged to reverse the decision of the board of general appraisers. The decision is therefore reversed.